ACCEPTED
12-14-00140-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/13/2015 2:44:24 PM
CATHY LUSK
CLERK

## NO. 12-14-00140-CR

### IN THE

### COURT OF APPEALS

### TWELFTH COURT OF APPEALS DISTRICT

### TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/13/2015 2:44:24 PM
CATHY S. LUSK
Clerk

**JEFFERY EDWARD ALLEN, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

### STATE'S MOTION FOR LEAVE TO FILE STATE'S REPLY BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW**, the State of Texas by and through her Assistant Criminal District Attorney, James C. Henson, and hereby requests for a leave to file the State's Reply Brief and in support of same would show the court as follows:

1. The State's Brief in this case number was due on November 17, 2014.

2. The State failed to file its brief in a timely manner.

3. This appeal was filed at the same time as another appeal with cause number 12-14-00140-CR. The brief filed in both appeals was the same which led to our office missing that there were two separate cause numbers assigned.

4. This office was in the midst of an administration change during this time period which caused even more confusion as to case assignments and caused notice in same causes to be missed.

The undersigned is requesting leave to file the State's brief.

The undersigned is not seeking this leave for the purposes of delay.

**WHEREFORE**, for the foregoing reasons, the State respectfully prays that this Honorable

Court accepts the filing of the State's brief.

Respectfully submitted,

JAMES C. HENSON, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY
COURTHOUSE

500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24091457

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Leave to File State's Brief has

been sent by fax to STEPHEN EVANS, 1000 N. Church St. P.O. Box 754, Palestine, TX 75801,

(903) 723-3334 (office), (903) 723-0124 (fax).

**JAMES C. HENSON, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE**

**500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24091457**

**THE STATE OF TEXAS**  §
                        §
**COUNTY OF ANDERSON**   §

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **JAMES C. HENSON**

who states on oath that the facts contained in the State's Motion for Leave to File State's Brief in

<u>JEFFERY EDWARD ALLEN vs. THE STATE OF TEXAS</u>, (Trial Court Cause No. 31247 in the

349th Judicial District Court of Anderson County, Case No. **12-14-00140-CR** in the Twelfth Court

of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

**JAMES C. HENSON, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
    **ANDERSON**        **COUNTY**
    **COURTHOUSE**

**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24091457**

Given under my hand and seal of office this the 13 day of April, 2015.

NOTARY PUBLIC
**FOR THE STATE OF TEXAS**
**COUNTY OF ANDERSON**



CRYSTAL SHUNTA FREEMAN
MY COMMISSION EXPIRES
January 14, 2016